# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0994
L.T. Case Nos. 2023-300315-CFDB
2023-300316-CFDB

_____

HOWARD LAMONT EADY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Ann M. Phillips, of Phillips Appellate Law, PLLC, Daytona Beach,
for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

July 16, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and MacIver, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————